IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEIL WILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>DT GROUP DEVELOPMENT, INC., a California corporation; DT WILMINGTON, LP, a Delaware limited partnership; DT ATLANTA I, LP, a Georgia limited partnership; DT ATLANTA II, a Georgia limited partnership; DT COLUMBIA SC, LP, a South Carolina limited partnership; TOM GALLOP, individually; DANIEL MARKEL, individually; JIM MARKEL, individually; and DT LAS VEGAS IV, LP, a Nevada Limited partnership;<br><br>    Defendants. | 8:13CV81<br><br>ORDER |

IT IS ORDERED:

The motion to withdraw filed by Larry E. Welch Sr. as counsel of record on behalf of the defendants, (filing no. 12), is granted.

March 27, 2014.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge